| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Norton, David C. | 2. Court or Organization U.S. District Court | 3. Date of Report 12/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address P.O. Box 835 Charleston, SC 29402 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Web MD - Editorial Stipend |
| 2. 2014 | Private Consulting |
| 3. 2014 | Medical Director, Life Point of SC |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Educational Seminar funded by DRI Drug & Medical Device | 05/14/2014-05/15/2014 | Washington DC | Educational seminar or program | Transportation, lodging & food |
| 2. | Louisiana State Bar Association | 11/19/2014-11/22/2014 | New Orleans, LA | Activity of professional association | Transportation, lodging & food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   AES Corp | | None | J | T | | | | | |
| 2.   AFLAC Inc | A | Dividend | M | T | | | | | |
| 3.   Alcoa Inc | A | Dividend | J | T | | | | | |
| 4.   Allianz Life Valuemark III | A | Dividend | L | T | | | | | |
| 5.   Altria Group | A | Dividend | J | T | | | | | |
| 6.   American Express Co | A | Dividend | J | T | | | | | |
| 7.   Amgen Inc | A | Dividend | K | T | | | | | |
| 8.   AT&T Inc #1 | A | Dividend | J | T | | | | | |
| 9.   AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 10.   AT&T Inc #3 | A | Dividend | K | T | | | | | |
| 11.   Bank of America | A | Dividend | K | T | Sold (part) | 01/15/14 | K | A | |
| 12.   Bank of America | A | Dividend | K | T | Buy (add'l) | 02/19/14 | K | | |
| 13.   Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 14.   Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 15.   Blackhawk Network Hldgs Inc | | None | J | T | Buy | 04/14/14 | J | | |
| 16.   BP PLC ADS | B | Dividend | K | T | | | | | |
| 17.   Bristol Myers Squibb | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Cap Wrld Gr & Inc A #1 | B | Dividend | L | T | Buy (add'l) | 01/15/14 | J | | |
| 19. American Cap Wrld Gr & Inc A #2 | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 20. American Cap Wrld Gr & Inc A #3 | B | Dividend | L | T | Buy (add'l) | 01/15/14 | J | | |
| 21. American Cap Wrld Gr & Inc A #4 | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 22. Chevron Corp #1 | B | Dividend | L | T | | | | | |
| 23. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 24. Chevron Corp #3 | B | Dividend | K | T | | | | | |
| 25. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 26. Citibank Deposit Program #1 | A | Interest | J | T | | | | | |
| 27. Citibank Deposit Program #2 | A | Interest | K | T | | | | | |
| 28. Citibank Deposit Program #3 | A | Interest | K | T | | | | | |
| 29. Citigroup Inc | A | Dividend | J | T | Sold (part) | 01/15/14 | J | A | |
| 30. Citigroup Inc | A | Dividend | J | T | Buy (add'l) | 02/19/14 | J | | |
| 31. Clearbridge Aggressive Gwth C | | None | K | T | | | | | |
| 32. Coca-Cola Co | A | Dividend | K | T | | | | | |
| 33. Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 34. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CSX Corp | A | Dividend | K | T | | | | | |
| 36. Walt Disney Co #1 | A | Dividend | J | T | | | | | |
| 37. Walt Disney Co #2 | A | Dividend | K | T | | | | | |
| 38. Walt Disney Co #3 | A | Dividend | K | T | | | | | |
| 39. Dover | A | Dividend | K | T | | | | | |
| 40. Dow Chemical #1 | A | Dividend | J | T | | | | | |
| 41. Dow Chemical #2 | A | Dividend | J | T | | | | | |
| 42. Duke Energy | A | Dividend | J | T | | | | | |
| 43. E I Dupont Co | A | Dividend | K | T | | | | | |
| 44. EV SC Muni Income A | C | Interest | N | T | | | | | |
| 45. Eli Lilly & Co #1 | B | Dividend | L | T | | | | | |
| 46. Eli Lilly & Co #2 | A | Dividend | J | T | | | | | |
| 47. Emerson Electric | A | Dividend | K | T | | | | | |
| 48. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 49. Energy Transfer Partners LP #2 | | None | L | T | | | | | |
| 50. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 51. Exxon Mobil Corp #2 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. South State Bank | C | Interest | O | T | | | | | |
| 53. General Electric Co #1 | B | Dividend | K | T | | | | | |
| 54. General Electric Co #2 | A | Dividend | K | T | | | | | |
| 55. General Electric Co #3 | B | Dividend | L | T | | | | | |
| 56. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 57. American Gr Fd of America A #1 | A | Dividend | L | T | | | | | |
| 58. American Gr Fd of America A #2 | A | Dividend | L | T | | | | | |
| 59. American Gr Fd of America A #3 | A | Dividend | K | T | | | | | |
| 60. Guided Therapuetics Inc | | None | J | T | | | | | |
| 61. Halyard Health Inc | | None | J | T | Spinoff (from line 71) | 11/11/14 | J | | |
| 62. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 63. Hartford Capital Appreciation Fund (IRA) | A | Dividend | N | T | | | | | |
| 64. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 65. Home Depot Inc | A | Dividend | K | T | | | | | |
| 66. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 67. IBM | B | Dividend | L | T | | | | | |
| 68. Intel (IRA) #1 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intel #2 | A | Dividend | K | T | | | | | |
| 70. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 71. Kimberly Clark | A | Dividend | J | T | | | | | |
| 72. Knowles Corporation | | None | J | T | Spinoff (from line 39) | 03/03/14 | J | | |
| 73. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |
| 74. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 75. Linciln National Legacy II | A | Dividend | O | T | | | | | |
| 76. Lincoln American Legacy View | A | Dividend | N | T | | | | | |
| 77. MFS South Carolina Muni Bond CL A | A | Interest | L | T | | | | | |
| 78. Mass Mutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |
| 79. McDonalds Corp | A | Dividend | K | T | | | | | |
| 80. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 81. Metlife TVL Metlife Portfolioaccess | A | Dividend | M | T | | | | | |
| 82. Metlife TVL Marquis Portfolios | A | Dividend | N | T | | | | | |
| 83. Microsoft Corp | A | Dividend | J | T | | | | | |
| 84. Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |
| 85. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 87. 3M Company A | A | Dividend | K | T | | | | | |
| 88. Nokia Corp | A | Dividend | J | T | | | | | |
| 89. Norfolk Southern | C | Dividend | M | T | | | | | |
| 90. North Carolina Rental Property 100% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 91. Paragon Life Fixed Fund | A | Dividend | J | T | | | | | |
| 92. Pepsico Inc | A | Dividend | J | T | | | | | |
| 93. Pfizer Inc #1 | A | Dividend | J | T | | | | | |
| 94. Pfizer Inc #2 | A | Dividend | K | T | | | | | |
| 95. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 96. Proctor & Gamble #1 | A | Dividend | K | T | | | | | |
| 97. Proctor & Gamble #2 | B | Dividend | K | T | | | | | |
| 98. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 99. Safeway Inc New | A | Dividend | J | T | | | | | |
| 100. SCANA Corp | B | Dividend | K | T | | | | | |
| 101. South Street Corp Com #1 | A | Dividend | L | T | | | | | |
| 102. South Street Corp Com #2 | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. South Street Corp Com #3 | A | Dividend | M | T | | | | | |
| 104. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 105. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 106. Suntrust Banks Inc | B | Dividend | M | T | | | | | |
| 107. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 108. Texas Instruments Inc | A | Dividend | K | T | | | | | |
| 109. Time Warner Inc | A | Dividend | J | T | | | | | |
| 110. Total System Services Inc | A | Dividend | J | T | | | | | |
| 111. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 112. Unit First Trust Dow Target 10 May 2014 | A | Dividend | K | T | Sold (part) | 05/12/14 | J | A | |
| 113. Unit First Trust Dow Target 10 May 2014 | A | Dividend | K | T | Buy (add'l) | 05/12/14 | J | | |
| 114. Verizon #1 | A | Dividend | J | T | | | | | |
| 115. Verizon #2 | A | Dividend | J | T | | | | | |
| 116. American WA Mutual A #1 | B | Dividend | M | T | | | | | |
| 117. American WA Mutual A #2 | B | Dividend | L | T | | | | | |
| 118. American WA Mutual A #3 | A | Dividend | K | T | | | | | |
| 119. Wells Fargo & Co New #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Wells Fargo & Co New #2 | A | Dividend | K | T | | | | | |
| 121. WMI Hldgs Corp | | None | J | T | | | | | |
| 122. Zimmer Holdings Inc | A | Dividend | J | T | | | | | |
| 123. Trust #1 - Royal Dutch Shell | A | Dividend | L | T | | | | | |
| 124. Trust #1 - Allegheny Energy | A | Dividend | K | T | | | | | |
| 125. Trust #1 - Idearc | A | Int./Div. | J | T | | | | | |
| 126. Trust #1 - Eli Lily | A | Dividend | K | T | | | | | |
| 127. Trust #1 - Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 128. Trust #1 - Lain Farm | E | Rent | P1 | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 87 is located in Translyvania County, North Carolina, USA.

2. Trust # 1consist of :  Royal Dutch Shell    value L

     Allegheny Energy    value K

     Idearc    value J

     Eli Lily    value K

     Pepco Holdings Inc    value J

     Lain Farm    value cost R    Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Vlauemark II

3. Line 4. - Allianz Life Franklin Valuemark name modified to Allianz Valuemark III.

4. Line 16 - BP PLC Spons ADR name modified to BP PLC ADS.

5. Line 52 -First Federal of Charleston merged with SCBT 06/30/2014 to fom South State Bank.

6. Article 5 Trust consist of lines:  10,(11-12), 20,22,(29-30),35,43,45,51,55,58,67,86,89,101 & 116.

7. Article 6 Trust consist of lines: 3,5,6,7,9,
(11-12),13,14,15,19,24,25,32,34,38,41,42,44,50,54,56,61,62,64,65,66,69,70,71,73,77,79,80,83,84,85,88,92,93,95,96,99,108,109,111,115,116,120 & 122.

8. Lines 101-103  - Formerly known as SCBT due merger 06/30/2014 name changed to South St Corp Com.

9. Lines 112-113  Unit First Trust Dow Target 10 May 2014 formerly named Unit Trust Dow Target 10 May 2013.

10. Line 113 on 2013 Report - Washington Mutual Inc no longer listed due to value of zero.  Company is in foreclosure per broker.

11. Line 70 in prior year 2013 report listed Legg Mason Cap Mgmt Val C name changed to Clearbridge Aggresive Gwth C listed on line 31 of 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544